B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**James, Roger D. Jr.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**James, Angelita** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Angelita Galvan; AKA Angie Martinez** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4061** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-9037** |
| Street Address of Debtor (No. and Street, City, and State):<br>**930 E. Shady Way<br>Apt. 6<br>Arlington Heights, IL**       ZIP Code **60005** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**930 E. Shady Way<br>Apt. 6<br>Arlington Heights, IL**       ZIP Code **60005** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9               of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,    ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as            business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                    THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **James, Roger D. Jr.**<br>**James, Angelita** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ David M. Siegel                                May 18, 2010**<br>   Signature of Attorney for Debtor(s)                    (Date)<br>   **David M. Siegel** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>   _____<br>   (Name of landlord that obtained judgment)<br><br><br>   _____<br>   (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**James, Roger D. Jr.**
**James, Angelita**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Roger D. James, Jr.**
Signature of Debtor **Roger D. James, Jr.**

X **/s/ Angelita James**
Signature of Joint Debtor **Angelita James**

Telephone Number (If not represented by attorney)

**May 18, 2010**
Date

### Signature of Attorney*

X **/s/ David M. Siegel**
Signature of Attorney for Debtor(s)

**David M. Siegel #06207611**
Printed Name of Attorney for Debtor(s)

**David M. Siegel & Associates**
Firm Name

**790 Chaddick Drive**
**Wheeling, IL 60090**

Address

**(847) 520-8100**
Telephone Number

**May 18, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Roger D. James, Jr.**
       **Angelita James**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Roger D. James, Jr.**
                       **Roger D. James, Jr.**

Date:   **May 18, 2010**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Roger D. James, Jr.**
**Angelita James**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■  1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Angelita James**
                                **Angelita James**

Date:    **May 18, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Roger D. James, Jr.,**
      **Angelita James**

                                Debtors

Case No. _____

Chapter _____**7**_____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 7,057.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 191.77 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 28 | | 128,394.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,658.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,658.00 |
| Total Number of Sheets of ALL Schedules | | 41 | | | |
| Total Assets | | | 7,057.00 | | |
| Total Liabilities | | | | 128,585.77 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roger D. James, Jr.,**
**Angelita James**

Case No. _____

_____ ,
Debtors

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 191.77 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 191.77 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,658.00 |
| Average Expenses (from Schedule J, Line 18) | 2,658.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,987.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 191.77 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 128,394.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 128,394.00 |

B6A (Official Form 6A) (12/07)

In re    **Roger D. James, Jr.,**                                          Case No. _____

             **Angelita James**

                                                  Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
| --- | --- | --- | --- | --- |
| **None** | | | | |

| | | | |
| --- | --- | --- | --- |
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Roger D. James, Jr.,**                                            Case No. _____
         **Angelita James**
                                                    ,
                          Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings Account First Merit  Bank** | J | 150.00 |
| | | **Checking Account 1st Merit Bank** | J | 147.00 |
| | | **Savings Account Ing** | J | 1,200.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **T.V., Furniture** | J | 500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Normal Apparel** | J | 600.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **2,597.00**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **Roger D. James, Jr.,**                                                    Case No. _____
       **Angelita James**
       _____ ,
                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                            Sub-Total >           **0.00**
                                     (Total of this page)

Sheet ___**1**___ of ___**2**___ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Roger D. James, Jr.,**            Case No. _____
     **Angelita James**

                              ,
                        Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Isuzu Rodeo 200,000 miles | H | 1,435.00 |
| | | 2000 Nissan Xterra 150,000 miles | W | 2,975.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **4,460.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **7,057.00** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Roger D. James, Jr.,**                                              Case No. _____

       **Angelita James**

                                                ,
                            Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:              ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                          *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Savings Account** | **735 ILCS 5/12-1001(b)** | **147.00** | **150.00** |
| **First Merit  Bank** | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **147.00** | **147.00** |
| **1st Merit Bank** | | | |
| **Savings Account** | **735 ILCS 5/12-1001(b)** | **1,200.00** | **1,200.00** |
| **Ing** | | | |
| **Household Goods and Furnishings** | | | |
| **T.V., Furniture** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Normal Apparel** | **735 ILCS 5/12-1001(a)** | **600.00** | **600.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1997 Isuzu Rodeo** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **1,435.00** |
| **200,000 miles** | **735 ILCS 5/12-1001(b)** | **500.00** | |
| **2000 Nissan Xterra** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **2,975.00** |
| **150,000 miles** | **735 ILCS 5/12-1001(b)** | **1,000.00** | |
| **Animals** | | | |
| **Dog** | **735 ILCS 5/12-1001(b)** | **50.00** | **50.00** |

                                                    Total:      **8,944.00**      **7,057.00**

   **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **Roger D. James, Jr.,**                                                            Case No. _____
       **Angelita James**

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

__0__ continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re   **Roger D. James, Jr.,**                                          Case No. _____
     **Angelita James**
_____,
                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>    1    </u>   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Roger D. James, Jr.,**                                                    Case No. _____
         **Angelita James**
                                                          ,
                                    Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114** | | J | 2006 **Income Taxes** | | | | 191.77 | 0.00 191.77 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 191.77 | 191.77 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 191.77 | 191.77 |

B6F (Official Form 6F) (12/07)

In re    **Roger D. James, Jr.,**
**Angelita James**

Case No. _____

Debtors,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AB4U Inc.**<br>**5325 N Sheridan Road**<br>**Chicago, IL 60640-2531** | | J | 1/09<br>**Medical** | | | | 50.00 |
| Account No. **7400**<br><br>**Access Dental Center**<br>**276 W. Fullerton ave**<br>**Addison, IL 60101** | | J | 4/06<br>**Medical** | | | | 31.00 |
| Account No. **511-0**<br><br>**ACL Laboratories**<br>**PO Box 27901**<br>**West Allis, WI 53227** | | J | 5/09<br>**Collections** | | | | 231.00 |
| Account No. **8119**<br><br>**Advance Ambulance Service**<br>**c/o Northwest Collecors, Inc.**<br>**3601 Algonquin Rd., Suite 500**<br>**Rolling Meadows, IL 60008-3145** | | J | 11/04 -<br>**Collections** | | | | 207.00 |

___27___  continuation sheets attached

Subtotal
(Total of this page)

519.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger D. James, Jr.,**
     **Angelita James**                                    Case No. _____

_____,
                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **jaman000**<br><br>**Advanced Medical Practices**<br>**1875 Dempster St. #180**<br>**Park Ridge, IL 60068** | | J | | | 12/09<br>Collections | | | | 365.00 |
| Account No. **Multiple Accounts**<br><br>**Advanced Radiology Consultants**<br>**c/o NCO Financial Systems, Inc.**<br>**100 Constitution Ave.**<br>**Upper Darby, PA 19082-2230** | | J | | | 12/03 - 3/06<br>Collections | | | | 1,758.00 |
| Account No. **0738**<br><br>**Advanced Radiology Consultants**<br>**520 E. 22nd St.**<br>**Lombard, IL 60148** | | J | | | 12/09<br>Medical | | | | 598.00 |
| Account No. **6560 0616 0359**<br><br>**Advanced Radiology Consultants**<br>**520 E. 22nd St.**<br>**Lombard, IL 60148** | | J | | | 1/06<br>Collections | | | | 200.00 |
| Account No.<br><br>**Advocate Health Care**<br>**PO Box 925**<br>**Rosemont, IL 60018-0925** | | J | | | 12/09<br>Medical | | | | 460.00 |

Sheet no. __1___ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,381.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger D. James, Jr.,**             Case No. _____
       **Angelita James**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Advocate Health Hospital Corp** PO Box 92710 Chicago, IL 60675-2710 | | J | | | 1/06 Medical | | | | 33.00 |
| Account No. 6631 **Advocate Home Care Products DME** 2311 W. 22nd Street Suite 300 Oak Brook, IL 60523 | | J | | | 5/08 Medical | | | | 55.00 |
| Account No. 09-36 **Advocate Home Care Products DME** 2311 W. 22nd Street Suite 300 Oak Brook, IL 60523 | | J | | | 5/08 Medical | | | | 55.00 |
| Account No. 1347 **Advocate Lutheran General Hospital** 1775 Dempster Street Park Ridge, IL 60068 | | J | | | 12/09 Medical | | | | 17,657.00 |
| Account No. 9374 **Advocate Lutheran General Hospital** 1775 Dempster Street Park Ridge, IL 60068 | | J | | | 2/06 Medical | | | | 2,770.00 |

Sheet no. __2__ of __27__ sheets attached to Schedule of        Subtotal        | 20,570.00 |
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger D. James, Jr.,**
       **Angelita James**

Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6366** <br><br> **Advocate Medical Group** <br> **701 Lee St.** <br> **Des Plaines, IL 60016** | | J | 12/09 <br> Medical | | | | 460.00 |
| Account No. <br><br> **Andrew B. Pundy MD** <br> **1875 Dempster** <br> **Suite 490** <br> **Park Ridge, IL 60068-1120** | | J | 12/07 <br> Medical | | | | 100.00 |
| Account No. <br><br> **Assetcare Inc.** <br> **5100 Peachtree Industrial Blvd.** <br> **Norcross, GA 30071** | | J | NOTICE ONLY | | | | 0.00 |
| Account No. **3 370** <br><br> **Assoc for Oral Max & Implant** <br> **10 N Ridge** <br> **Mount Prospect, IL 60056-2428** | | J | 12/09 <br> Medical | | | | 14.00 |
| Account No. **0604** <br><br> **AT&T** <br> **c/o Cavalry** <br> **PO Box 1017** <br> **Hawthorne, NY 10532** | | J | 6/06 <br> Collections | | | | 500.00 |

| | | |
|---|---|---|
| Sheet no. __3__ of __27__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 1,074.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger D. James, Jr.,**
        **Angelita James**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0514**<br><br>**AT&T Wireless**<br>**7100 E. Belleview Ave.,**<br>**Suite 308**<br>**Greenwood Village, CO 80111** | | J | | **5/01 -**<br>**Collections** | | | | 272.00 |
| Account No. **4234**<br><br>**Baraboo District Ambulance**<br>**c/o Bonded Collectors of Wi**<br>**206 Edgewater St**<br>**Portage, WI 53901-2214** | | J | | **12/00**<br>**Collections** | | | | 445.00 |
| Account No.<br><br>**Best Practices Inpatient Care, Ltd**<br>**3880 Salem Lake Drive, Suite F**<br>**Lake Zurich, IL 60047** | | J | | **7/06**<br>**Medical** | | | | 20.00 |
| Account No. **3206**<br><br>**Binnys Beverage Depot**<br>**c/o Executive Financial Company**<br>**PO Box 1168**<br>**Flint, MI 48501-1168** | | J | | **3/06**<br>**Collections** | | | | 73.00 |
| Account No.<br><br>**Bond Drg Co of Illinois**<br>**PO Box 90482**<br>**Chicago, IL 60696-0482** | | J | | **3/09**<br>**Medical** | | | | 20.00 |

Sheet no. __**4**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

830.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger D. James, Jr.,**                                    Case No. _____
         **Angelita James**
         _____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4394**<br><br>**Bottom Line Books Treasury of Healt**<br>**c/o North Shore Agency, Inc.**<br>**PO Box 8901**<br>**Westbury, NY 11590-8901** | | J | 6/09<br>**Collections** | | | | 50.00 |
| Account No. **6237**<br><br>**Capital One Bank**<br>**PO Box 85015**<br>**Richmond, VA 23285-5075** | | J | 11/05 -<br>**Collections** | | | | 229.00 |
| Account No. **7899**<br><br>**Capital One Bank**<br>**PO Box 85015**<br>**Richmond, VA 23285-5075** | | J | 1/06 -<br>**Collections** | | | | 724.00 |
| Account No. **4134**<br><br>**Center for Advanced Cardiology**<br>**1875 Dempster Street**<br>**Suite 555**<br>**Park Ridge, IL 60068** | | J | 8/05<br>**Medical** | | | | 630.00 |
| Account No. **0500**<br><br>**Central Billing Office**<br>**350 S Northwest Highway**<br>**Suite 200**<br>**Park Ridge, IL 60068** | | J | **Medical** | | | | 841.00 |

Sheet no. **5** of **27** sheets attached to Schedule of                      Subtotal                     2,474.00
Creditors Holding Unsecured Nonpriority Claims                             (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger D. James, Jr.,**
**Angelita James**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **536990080192**<br><br>**Chase Bank**<br>**800 BrookSedge Blvd.**<br>**Westerville, OH 43081** | | J | 3/95 - 3/06<br>**Purchases** | | | | 2,881.00 |
| Account No. **6405**<br><br>**Citibank**<br>**c/o NCO Financial Systems, Inc.**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | J | 10/05<br>**Collections** | | | | 6,140.00 |
| Account No. **38360200**<br><br>**Clinical Associates**<br>**c/o M3 Financial Services**<br>**PO Box 802089**<br>**Chicago, IL 60680** | | J | 8/04 - 3/06<br>**Collections** | | | | 3,350.00 |
| Account No. **8485**<br><br>**Condell Medical Center**<br>**c/o Certified Services, Inc.**<br>**PO Box 177**<br>**Waukegan, IL 60079-0177** | | J | 11/01<br>**Collections** | | | | 3,842.00 |
| Account No. **0505**<br><br>**Consumer Safety Technology, Inc.**<br>**10520 Hickman Road Suite F**<br>**Des Moines, IA 50325** | | J | 2009<br>**Purchases** | | | | 68.00 |

Sheet no. __6__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,281.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger D. James, Jr.,**
       **Angelita James**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3103** | | | | 8/06 Collections | | | | |
| **Credit One Bank** PO Box 98873 Las Vegas, NV 89193 | J | | | | | | | 430.00 |
| Account No. **38418** | | | | 6/00 - Collections | | | | |
| **Des Plaines Chiropractic Center** c/o ACC COLL 664 Milwaukee Ave. Prospect Heights, IL 60070 | J | | | | | | | 337.00 |
| Account No. **1636** | | | | 6/09 Medical | | | | |
| **Des Plaines Eye Physicians** & John W Winkler, MD 940 Lee Street Des Plaines, IL 60016 | J | | | | | | | 300.00 |
| Account No. **6540** | | | | 11/09 Collections | | | | |
| **Des Plaines Fire Dept** PO Box 438495 Chicago, IL 60643-8495 | J | | | | | | | 680.00 |
| Account No. **3279** | | | | Collections | | | | |
| **Des Plaines Radiologists** c/o ATG Credit, LLC PO Box 14895 Chicago, IL 60614-4895 | J | | | | | | | 15.00 |

Sheet no. __7__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,762.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger D. James, Jr.,**                                   Case No. _____
     **Angelita James**
                                   ,
                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9789** <br><br>**Directv**<br>**c/o Plaza Associates**<br>**PO Box 18008**<br>**Hauppauge, NY 11788-8808** | J | | 6/06<br>**Collections** | | | | 400.00 |
| Account No. **1206** <br><br>**Dominos Pizza**<br>**c/o Goggins & Lavintman, PA**<br>**3140 Neil Aermstrong Blvd, #319**<br>**Saint Paul, MN 55121** | J | | 9/05<br>**NSF Check**<br>**Collections** | | | | 35.00 |
| Account No. **3558** <br><br>**Dr Jon Gustafson**<br>**c/o Credit Bur Sys Inc**<br>**100 Fulton Ct**<br>**Paducah, KY 42001-9004** | J | | 5/02<br>**Collections** | | | | 379.00 |
| Account No. **40** <br><br>**Dr. Fred Marche**<br>**c/o Computer Credit Service Co.**<br>**5340 N. Clark Street**<br>**Chicago, IL 60640-2120** | J | | 10/99 - 3/06<br>**Collections** | | | | 152.00 |
| Account No. **100167** <br><br>**Dr. Larry S. Milner Rd.**<br>**c/o Armor Systems Corp.**<br>**2322 N. Green Bay Rd.**<br>**Waukegan, IL 60087-4209** | J | | 4/05 - 3/06<br>**Collections** | | | | 525.00 |

Sheet no. __8__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,491.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger D. James, Jr.,**                                    Case No. _____
          **Angelita James**
                                                          ,
                              Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dr. Richard Terp** <br>**1763 E Oakton** <br>**Des Plaines, IL 60018-2131** | | J | 4/09 <br>Medical | | | | 311.00 |
| Account No. **2566** <br><br>**Drs. Matthew & Natarajan, Ltd** <br>**c/o Activity Collection Service** <br>**664 N Milwaukee Ave** <br>**Prospect Heights, IL 60070** | | J | 10/01 <br>Collections | | | | 30.00 |
| Account No. **80121** <br><br>**Elmhurst Clinic** <br>**c/o MedCo Financial Assoc. Inc.** <br>**PO Box 525** <br>**Gurnee, IL 60031-0525** | | J | 11/01 - 3/06 <br>Collections | | | | 50.00 |
| Account No. **0082** <br><br>**Family Practice Center** <br>**7447 W Talcott** <br>**Suite 182** <br>**Chicago, IL 60631** | | J | 9/05 <br>Medical | | | | 10.00 |
| Account No. **2059** <br><br>**Fingerhut** <br>**c/o: RJM Acquisitions** <br>**575 Underhill Blvd. Ste 224** <br>**Brookhaven, NY 11719** | | J | 1995 <br>Collections | | | | 1,278.00 |

Sheet no. __9__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          1,679.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger D. James, Jr.,**
     **Angelita James**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3320** <br><br> **Gastroenterology & Liver Disease** <br> **7900 Nilwaukee Ave** <br> **Suite 19** <br> **Niles, IL 60714-3159** | | J | 10/05 <br> Collections | | | | 1,258.00 |
| Account No. **3257** <br><br> **Golf Diagnostic Imaging Center** <br> **9680 Gold Rd.** <br> **Des Plaines, IL 60016** | | J | 2/06 <br> Collections | | | | 116.00 |
| Account No. **3257** <br><br> **Golf Imaging Center LP** <br> **PO Box 2895** <br> **Carol Stream, IL 60132-0001** | | J | 2/06 <br> Medical | | | | 116.00 |
| Account No. **6082** <br><br> **Golf Surgical Center** <br> **8901 Golf Rd.** <br> **Des Plaines, IL 60016** | | J | 4/08 <br> Medical | | | | 263.00 |
| Account No. **409101801** <br><br> **Golf Western Surgical Specialists** <br> **c/o The Bureaus Inc.** <br> **1717 Central Street** <br> **Evanston, IL 60201** | | J | 6/00 - 3/06 <br> Collections | | | | 169.00 |

Sheet no. __**10**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,922.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger D. James, Jr.,**                                   Case No. _____
         **Angelita James**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8654** <br><br> **Great S** <br> **c/o Allied Interstate, Inc.** <br> **PO Box 361315** <br> **Columbus, OH 43236-1595** | | J | 9/06 <br> Collections | | | | 33.00 |
| Account No. **1491** <br><br> **Hoffman Emergency Physicians** <br> **c/o MedClear Inc.** <br> **507 Prudential Rd.** <br> **Horsham, PA 19044-2308** | | J | 3/06 <br> Collections | | | | 392.00 |
| Account No. **3363** <br><br> **Holy Family Medical Center** <br> **c/o ICS** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | J | 3/06 <br> Collections | | | | 1,845.00 |
| Account No. **3300** <br><br> **Holy Family Medical Center** <br> **Attn: Business Center** <br> **100 North River Road** <br> **Des Plaines, IL 60016-1278** | | J | 4/02 <br> Medical | | | | 321.00 |
| Account No. **0900** <br><br> **HSBC Card Services** <br> **PO Box 98701** <br> **Las Vegas, NV 89195-0753** | | J | NOTICE ONLY | | | | 0.00 |

Sheet no. __11__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | 2,591.00 |
|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger D. James, Jr.,**
        **Angelita James**                                                          Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6533** <br><br> **HSBC Card Services** <br> **PO Box 19268** <br> **Portland, OR 97280-0268** | | J | NOTICE ONLY | | | | 0.00 |
| Account No. **3881** <br><br> **IBJI-Ctr Orthopaedic Surg** <br> **c/o Medical Business Bureau, LLC** <br> **1175 Devin Dr, #171** <br> **Norton Shores, MI 49441** | | J | 9/05 <br> Collections | | | | 1,370.00 |
| Account No. **7464** <br><br> **IL Bone & Joint Institute** <br> **135 S. LaSalle, Dept. 1052** <br> **Chicago, IL 60674-1052** | | J | 4/06 <br> Collections | | | | 2,211.00 |
| Account No. **1918** <br><br> **Illinois Urogynecology, Ltd** <br> **1875 Dempster** <br> **Suite 665** <br> **Park Ridge, IL 60068** | | J | 9/07 <br> Collections | | | | 2,100.00 |
| Account No. **0001** <br><br> **Jackson Park Hospital** <br> **7531 S. Stony Island** <br> **Chicago, IL 60649** | | J | 1/07 <br> Collections | | | | 5,195.00 |

Sheet no. __12__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    10,876.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger D. James, Jr.,**
        **Angelita James**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**Joanna Poniatowicz, MC**<br>**894 S. Wolf Road**<br>**Des Plaines, IL 60016-6158** | | J | | | 2/10<br>Medical | | | | 100.00 |
| Account No. **1881**<br><br>**John H. Stoger, Jr. Hospital**<br>**1110 S. Oakley**<br>**Annex Building**<br>**Chicago, IL 60612** | | J | | | 6/06<br>Lien | | | | 274.00 |
| Account No.<br><br>**Kenneth W. Lee**<br>**1430 E Thacker St**<br>**Suite 2**<br>**Des Plaines, IL 60016-6460** | | J | | | 1/09<br>Medical | | | | 10.00 |
| Account No. **0000**<br><br>**Kirill Zhadovich MD SC**<br>**PO Box 2056**<br>**Northbrook, IL 60065-2056** | | J | | | 12/07<br>Medical | | | | 182.00 |
| Account No. **1109-1**<br><br>**LA Weight Loss**<br>**PO Box 705**<br>**Jenkintown, PA 19046** | | J | | | 4/06<br>Services | | | | 570.00 |

Sheet no. __**13**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,136.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger D. James, Jr.,**                                    Case No. _____
         **Angelita James**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Locke Chiropractic & As**<br>**1539 Lee St**<br>**Suite B7**<br>**Des Plaines, IL 60018-1518** | | J | | **2/06**<br>**Medical** | | | | **40.00** |
| Account No. **2819** <br><br>**Loyola University Physician Found**<br>**c/o Illinois Collection Service**<br>**3101 W. 95th St., Fl. 2**<br>**Evergreen Park, IL 60805-2406** | | J | | **1/07**<br>**Collections** | | | | **588.00** |
| Account No. **4080** <br><br>**Lutheran General Cardiology**<br>**c/o Harris & Harris, Ltd**<br>**600 W Jackson Blvd, Ste 400**<br>**Chicago, IL 60661** | | J | | **8/06**<br>**Collections** | | | | **35.00** |
| Account No. **80-06** <br><br>**Lutheran General Hospital**<br>**22049 Network Place**<br>**Chicago, IL 60673** | | J | | **5/05**<br>**Collections** | | | | **35.00** |
| Account No. **423872** <br><br>**Maine Center**<br>**c/o I.C. Systems Inc.**<br>**444 Highway 96 E.**<br>**Saint Paul, MN 55127-2557** | | J | | **8/05 - 3/06**<br>**Collections** | | | | **150.00** |

Sheet no. **14** of **27** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **848.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger D. James, Jr.,**
        **Angelita James**

Case No. _____

                                    Debtors                                    ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2004 - M1-726531**<br><br>**Martin Merel**<br>**c/o David A. Weininger**<br>**222 N. LaSalle, Suite #700**<br>**Chicago, IL 60601** | | J | 10/04<br>**Judgment** | | | | **2,150.00** |
| Account No. **8752**<br><br>**Medansky & Handler Dermat**<br>**8780 W. Golf Road**<br>**#303**<br>**Niles, IL 60714** | | J | 2/06<br>**Medical** | | | | **71.00** |
| Account No.<br><br>**Medical Financial Service, Inc.**<br>**3018 Parkside Dr**<br>**Highland Park, IL 60035** | | J | 4/06<br>**Medical** | | | | **1,305.00** |
| Account No. **6658**<br><br>**Midwest Center for Womens HealthCar**<br>**4890 Paysphere Circle**<br>**Chicago, IL 60674** | | J | 9/07<br>**Medical** | | | | **30.00** |
| Account No. **8283**<br><br>**Midwest Diagnostic Pathology, SC**<br>**75 Remittance Dr. Ste 3070**<br>**Chicago, IL 60675** | | J | 12/09<br>**Collections** | | | | **384.00** |

Sheet no. __15__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,940.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger D. James, Jr.,**
    **Angelita James**                                                    Case No. _____

                                              ,
                                      Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Morris Mauer MD SC**<br>**2010 N Harlem Ave**<br>**Elmwood Park, IL 60707-3119** | | J | **12/06**<br>**Medical** | | | | **50.00** |
| Account No. **6540**<br><br>**Municipality-Des Plaines, IL**<br>**c/o A/R Concepts, Inc.**<br>**33 W. Higgins Road, #715**<br>**South Barrington, IL 60010** | | J | **4/10**<br>**Collections** | | | | **680.00** |
| Account No.<br><br>**Murray Calloway Co Hospital**<br>**803 Poplar St**<br>**Murray, KY 42071** | | J | **NOTICE ONLY** | | | | **0.00** |
| Account No. **7388466**<br><br>**NCO FIN/22**<br>**PO Box 41448**<br>**Philadelphia, PA 19101** | | J | **3/06**<br>**Collections** | | | | **522.00** |
| Account No. **5719244**<br><br>**NCO FIN/22**<br>**PO Box 41448**<br>**Philadelphia, PA 19101** | | J | **3/06**<br>**Collections** | | | | **6,487.00** |

Sheet no. __**16**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
           (Total of this page)       **7,739.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger D. James, Jr.,**
      **Angelita James**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3365** <br><br> **Neurology Specialist of North** <br> **c/o Dependon Collection Service** <br> **7627 W. Lake Street, Suite 210** <br> **River Forest, IL 60305** | | J | 6/05 - <br> Collections | | | | 405.00 |
| Account No. **Q54** <br><br> **North Shore Gastroenterlogy** <br> **c/o Certified Services** <br> **PO Box 24** <br> **Waukegan, IL 60079-0024** | | J | 12/03 - 3/06 <br> Collections | | | | 250.00 |
| Account No. <br><br> **North Suburban Gastroenterlogy** <br> **950 N. Northwest Highway** <br> **Park Ridge, IL 60068** | | J | 4/06 <br> Medical | | | | 13.00 |
| Account No. **1782** <br><br> **Northwest Community Hospital** <br> **c/o Pellettieri & Associates** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148-6408** | | J | 12/04 <br> Collections | | | | 13,292.00 |
| Account No. **723** <br><br> **Northwest Radiology Associates, SC** <br> **c/o KCA Financial Services, Inc.** <br> **628 North Street** <br> **Geneva, IL 60134** | | J | 8/05 - 3/06 <br> Collections | | | | 539.00 |

Sheet no. __17__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,499.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Roger D. James, Jr.,**
    **Angelita James**

Case No. _____

_____,
                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4886**<br><br>**Northwest Suburban Urologist**<br>**2976 Paysphere Circle**<br>**Chicago, IL 60674-0029** | | J | **1/10**<br>**Medical** | | | | 216.00 |
| Account No. **40-001**<br><br>**Northwestern Memorial Hospital**<br>**PO Box 73690**<br>**Chicago, IL 60673-7690** | | J | **4/06**<br>**Medical** | | | | 4,830.00 |
| Account No.<br><br>**Ortho Surgery Specialis**<br>**PO Box 5020**<br>**Woodridge, IL 60517-0020** | | J | **2/06**<br>**Medical** | | | | 18.00 |
| Account No. **6675**<br><br>**Orthopaedic Surgery Specialist**<br>**PO Box 5020**<br>**Woodridge, IL 60517** | | J | **1/06**<br>**Medical** | | | | 69.00 |
| Account No.<br><br>**Park Ridge Anesthesiology**<br>**PO Box 1123**<br>**Jackson, MI 49204-1123** | | J | **2/10**<br>**Collections** | | | | 27.00 |

Sheet no. __**18**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,160.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger D. James, Jr.,**
         **Angelita James**
                                                                    Case No. _____
                                         _____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3098** <br><br> **Parkside Magnetic Reasonance Center** <br> **1875 Demptster St** <br> **Suite G06** <br> **Park Ridge, IL 60068-1115** | | J | **6/07** <br> **Collections** | | | | **3,900.00** |
| Account No. **0038** <br><br> **Peoples United Bank** <br> **850 Main Street** <br> **Bridgeport, CT 06604** | | J | **1/95** <br> **NOTICE ONLY** | | | | **0.00** |
| Account No. <br><br> **Peter J Kiefer MD Ltd** <br> **1792 E Oakton St** <br> **Des Plaines, IL 60018-2110** | | J | **11/09** <br> **Medical** | | | | **40.00** |
| Account No. <br><br> **Peter Werner, MD** <br> **PO Box 616** <br> **Forest Park, IL 60130-0616** | | J | **3/09** <br> **Medical** | | | | **10.00** |
| Account No. **3329** <br><br> **Physical Therapy Inst. of Illinois** <br> **PO Box 5020** <br> **Woodridge, IL 60517** | | J | **5/06** <br> **Medical** | | | | **221.00** |

Sheet no. __**19**__ of __**27**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,171.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger D. James, Jr.,**            Case No. _____
        **Angelita James**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **8654** | | | | **6/06** Collections | | | | |
| **Power Food** c/o Penn Credit Corporation PO Box 988 Harrisburg, PA 17108-0988 | | J | | | | | | 27.00 |
| Account No. | | | | **2/06** Collections | | | | |
| **Prevention Magazine** c/o North Shore Agency, Inc. 751 Summa Ave Westbury, NY 11590 | | J | | | | | | 16.00 |
| Account No. **5231** | | | | **5/02** Collections | | | | |
| **Primary Care Medical** c/o Credit Bur Sys Inc 100 Fulton Ct Paducah, KY 42001-9004 | | J | | | | | | 304.00 |
| Account No. **3738** | | | | **8/01 -** Collections | | | | |
| **Propsych Associates** c/o Activity Collection Services 664 N. Milwaukee Ave. Prospect Heights, IL 60070-2300 | | J | | | | | | 140.00 |
| Account No. **5466** | | | | **3/06** Collections | | | | |
| **Providian** c/o Portfolio 120 Corporate Blvd., Suite 100 Norfolk, VA 23502 | | J | | | | | | 4,846.00 |

Sheet no. __**20**__ of __**27**__ sheets attached to Schedule of       Subtotal           | 5,333.00
Creditors Holding Unsecured Nonpriority Claims                 (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Roger D. James, Jr.,**
**Angelita James**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7114** <br><br> **Providian** <br> **c/o Portfolio** <br> **120 Corporate Blvd., Suite 100** <br> **Norfolk, VA 23502** | | J | **2/06 -** <br> **Collections** | | | | **3,409.00** |
| Account No. **0309** <br><br> **Quality Healthcare** <br> **525 West Golf Road** <br> **Arlington Heights, IL 60005** | | J | **11/06** <br> **Medical** | | | | **12.00** |
| Account No. <br><br> **Quest Diagnostics** <br> **13008 Collection Center Dr** <br> **Chicago, IL 60693-0024** | | J | **6/06** <br> **NOTICE ONLY** | | | | **0.00** |
| Account No. **1211** <br><br> **Ravenswood Emergency Phys** <br> **900 Oakmont Lane Suite 200** <br> **Westmont, IL 60559-5574** | | J | **2/02** <br> **Collections** | | | | **624.00** |
| Account No. **4667** <br><br> **Raymond Daou MD PC** <br> **150 N River Rd #200** <br> **Des Plaines, IL 60016-1272** | | J | **1/05** <br> **Medical** | | | | **164.00** |

Sheet no. __21__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,209.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger D. James, Jr.,**
      **Angelita James**

Case No. _____

_____,
                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **5131**<br><br>**Resurrection Ambulatory Care Servic**<br>**PO Box 6670**<br>**River Forest, IL 60305** | | J | | | **3/08**<br>**Medical** | | | | 12.00 |
| Account No. **0082**<br><br>**Resurrection Health Care**<br>**7447 West Talcott Ave**<br>**Suite 182**<br>**Chicago, IL 60631** | | J | | | **9/05**<br>**Medical** | | | | 10.00 |
| Account No. **4061**<br><br>**Robert A Hozman, MD, SC**<br>**4709 W Golf Road**<br>**Suite 111**<br>**Skokie, IL 60076** | | J | | | **12/06**<br>**Collections** | | | | 600.00 |
| Account No. **8654**<br><br>**Rodale**<br>**c/o Penn Credit Corporation**<br>**PO Box 988**<br>**Harrisburg, PA 17108-0988** | | J | | | **4/07**<br>**Collections** | | | | 32.00 |
| Account No.<br><br>**RS Medansky MD**<br>**8780 Golf Road**<br>**Niles, IL 60714-5602** | | J | | | **2/06**<br>**Medical** | | | | 71.00 |

Sheet no. __22__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

725.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Roger D. James, Jr.,**　　　　　　　　　　　　　　　　Case No. _____
**Angelita James**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4101**<br><br>**SBC**<br>**c/o Asset Acceptance LLC**<br>**PO Box 2036**<br>**Warren, MI 48090-2036** | | J | **7/06**<br>**Collections** | | | | 1,041.00 |
| Account No. **8367271**<br><br>**SBC Ameritech**<br>**c/o CCA**<br>**700 Lonwater Drive**<br>**Norwell, MA 02061** | | J | **2/05 - 3/06**<br>**Collections** | | | | 75.00 |
| Account No. **24548867**<br><br>**SBC Illinois**<br>**c/o AAC**<br>**PO Box 2036**<br>**Warren, MI 48090** | | J | **12/05 - 3/06**<br>**Collections** | | | | 1,041.00 |
| Account No. **24516054**<br><br>**SBC Illinois**<br>**c/o ACC LLC**<br>**PO Box 2036**<br>**Warren, MI 48090** | | J | **10/05 - 3/06**<br>**Collections** | | | | 305.00 |
| Account No. **6615**<br><br>**SBC Illinois**<br>**c/o Collection Bur of America**<br>**25954 Eden Landing, 1st Floor**<br>**Hayward, CA 94545-3899** | | J | **7/03**<br>**Collections** | | | | 992.00 |

Sheet no. __23__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　3,454.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger D. James, Jr.,**
       **Angelita James**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8060511662\039 <br><br> **Sears** <br> **c/o LVNFUNDG** <br> **PO Box 10584** <br> **Greenville, SC 29603** | | J | 1/06 - <br> **Collections** | | | | 3,409.00 |
| Account No. 1544 <br><br> **Sparklighome.com** <br> **c/o ListingCorp.com** <br> **1357 Broadway Suite 103** <br> **New York, NY 10018** | | J | 8/06 <br> **Services** | | | | 65.00 |
| Account No. 6486 <br><br> **Sprint** <br> **c/o Debt Recovery Solutions, LLC** <br> **900 Merchants Concourse, Ste. 106** <br> **Westbury, NY 11590-5114** | | J | 3/06 <br> **Collections** | | | | 105.00 |
| Account No. 210 <br><br> **St. Clare Hospital Health SE** <br> **c/o OSI Collection Services** <br> **1375 E. Woodfield Rd., Suite 110** <br> **Schaumburg, IL 60173-6068** | | J | 1/05 -3/06 <br> **Collections** | | | | 617.00 |
| Account No. 13104 <br><br> **Suburban Eye Consultants** <br> **c/o Medco Financial Assoc. Inc.** <br> **PO Box 525** <br> **Gurnee, IL 60031-0525** | | J | 4/03 - 3/06 <br> **Collections** | | | | 185.00 |

Sheet no. __24__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,381.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger D. James, Jr.,**
         **Angelita James**                                                Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1438** <br><br> **Superior Air Ground Ambulance c/o Wexler & Wexler 500 W. Madison St. Chicago, IL 60661-4571** | | J | | **11/06** <br> **Collections** | | | | 831.00 |
| Account No. **4Q36264** <br><br> **Superior Air Ground Ambulance c/o Wexler & Wexler 500 W. Madison St. Chicago, IL 60661-4571** | | J | | **10/04 - 3/06** <br> **Collections** | | | | 119.00 |
| Account No. **204169223296** <br><br> **TCF National Bank c/o Millenium 149 E. Thompson Ave. West Saint Paul, MN 55118** | | J | | **11/0 - 3/ 6** <br> **Collections** | | | | 223.00 |
| Account No. **2045571223698** <br><br> **TCF National Bank c/o Millenium 149 E. Thompson Ave. West Saint Paul, MN 55118** | | J | | **6/05 - 3/06** <br> **Collections** | | | | 263.00 |
| Account No. **3447** <br><br> **TCF National Bank 800 Burr Ridge Parkway Burr Ridgee, IL 60521** | | J | | **8/05** <br> **Overdraft** | | | | 226.00 |

Sheet no. __**25**__ of __**27**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      1,662.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Roger D. James, Jr.,**
**Angelita James**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6741** The Ear Nose and Throat Center 1875 Dempster St., Suite 301 Park Ridge, IL 60068 | | J | | | 4/07 Medical | | | | 121.00 |
| Account No. **5851** The Friedell Clinic c/o Nationwide Credit & Collection, 9919 Roosevelt Road Westchester, IL 60154 | | J | | | 4/06 Collections | | | | 162.00 |
| Account No. **Multiple Accounts** University Pathologist c/o UCB Collections 5620 Southwyck Blvd. Toledo, OH 43614-1501 | | J | | | 1/04 - 3/06 Collections | | | | 299.00 |
| Account No. **0569** UROPARTNERS LLC 3183 Paysphere Circle Chicago, IL 60674 | | J | | | 12/09 Medical | | | | 3,880.00 |
| Account No. **1003** Verizon Wireless c/o NCO Financial Systems 507 Prudential Road Horsham, PA 19044 | | J | | | 6/06 Collections | | | | 521.00 |

Sheet no. __26__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,983.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger D. James, Jr.,**                          Case No. _____
          **Angelita James**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Walgreens** 1858 Oakton Street Des Plaines, IL 60018 | | J | | | 3/08 Medical | | | | 30.00 |
| Account No. **West Ketucky Electric** 1718 Broadway Mayfield, KY 42066 | | J | | | Services | | | | 100.00 |
| Account No. **West Lake Rural Telephone** 2237 N 8th Street Mayfield, KY 42066 | | J | | | Services | | | | 100.00 |
| Account No. **1801** **Westlake Surgical** c/o The Bureaus 1717 Central St Evanston, IL 60201-1507 | | J | | | 4/05 Collections | | | | 169.00 |
| Account No. **30817570** **Wow Internet An** c/o Cred Mgmt. 4200 International Pkwy Carrollton, TX 75007 | | J | | | 7/05 -2/06 Collections | | | | 305.00 |

Sheet no. __27__ of __27__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **704.00**

Total
(Report on Summary of Schedules)     **128,394.00**

AB4U Inc.
5325 N Sheridan Road
Chicago, IL 60640-2531


Access Dental Center
276 W. Fullerton ave
Addison, IL 60101


ACL Laboratories
PO Box 27901
West Allis, WI 53227


ACL Laboratories
8901 W. Lincoln Ave.
West Allis, WI 53227


Advance Ambulance Service
c/o Northwest Collecors, Inc.
3601 Algonquin Rd., Suite 500
Rolling Meadows, IL 60008-3145


Advanced Med Practices PC
4514 Davis Street
Skokie, IL 60076-1667


Advanced Medical Practices
1875 Dempster St. #180
Park Ridge, IL 60068


Advanced Radiology Consultants
c/o NCO Financial  Systems, Inc.
100 Constitution Ave.
Upper Darby, PA 19082-2230


Advanced Radiology Consultants
520 E. 22nd St.
Lombard, IL 60148


Advocate Health & Hosp Corp
22049 Network Place
Chicago, IL 60673-1220


Advocate Health Care
PO Box 925
Rosemont, IL 60018-0925

Advocate Health Hospital Corp
PO Box 92710
Chicago, IL 60675-2710


Advocate Home Care Products DME
2311 W. 22nd Street
Suite 300
Oak Brook, IL 60523


Advocate Home Care Products DME
28511 Network Pl.
Chicago, IL 60673


Advocate Lutheran General Hospital
1775 Dempster Street
Park Ridge, IL 60068


Advocate Lutheran General Hospital
PO Box 73208
Chicago, IL 60673-7208


Advocate Medical Group
701 Lee St.
Des Plaines, IL 60016


Advocate Medical Group
PO Box 92523
Chicago, IL 60675-2523


American Collections
919 Estes Court
Schaumburg, IL 60193


Andrew B. Pundy MD
1875 Dempster
Suite 490
Park Ridge, IL 60068-1120


AR Concepts
33 W. Higgins Rd., Suite 715
South Barrington, IL 60010


Armor Systems Corp
1700 Kiefer Dr STE
Zion, IL 60099

ARS National Services, Inc.
Department 5996
PO Box 1259
Oaks, PA 19456


ASG
6341 Inducom Dr. East
Sanborn, NY 14132-9097


ASG Solutions Group, LLC
205 Bryant Woods South
Amherst, NY 14228


Assetcare Inc.
5100 Peachtree Industrial Blvd.
Norcross, GA 30071


Assoc for Oral Max & Implant
10 N Ridge
Mount Prospect, IL 60056-2428


AT&T
c/o Cavalry
PO Box 1017
Hawthorne, NY 10532


AT&T Wireless
7100 E. Belleview Ave.,
Suite 308
Greenwood Village, CO 80111


Baraboo District Ambulance
c/o Bonded Collectors of Wi
206 Edgewater St
Portage, WI 53901-2214


Best Practices Inpatient Care, Ltd
3880 Salem Lake Drive, Suite F
Lake Zurich, IL 60047


Binnys Beverage Depot
c/o Executive Financial Company
PO Box 1168
Flint, MI 48501-1168

Bond Drg Co of Illinois
PO Box 90482
Chicago, IL 60696-0482


Bottom Line Books
PO Box 11014
Des Moines, IA 50336-1014


Bottom Line Books Treasury of Healt
c/o North Shore Agency, Inc.
PO Box 8901
Westbury, NY 11590-8901


Cach LLC
370 17th street
Suite 5000
Denver, CO 80202


Capital Management Services
726 Exchange Street, Suite 700
Buffalo, NY 14210


Capital One
PO Box 30285
Salt Lake City, UT 84130


Capital One
15000 Capital One Drive
Richmond, VA 23238


Capital One
PO Box 85520
Richmond, VA 23285


Capital One Bank
PO Box 85015
Richmond, VA 23285-5075


Center for Advanced Cardiology
1875 Dempster Street
Suite 555
Park Ridge, IL 60068

Central Billing Office
350 S Northwest Highway
Suite 200
Park Ridge, IL 60068


Central Portfolio Control, Inc.
6640 Shady Oak Road #300
Eden Prairie, MN 55344-7710


Certified Services
1733 Washington St., Ste. 201
Waukegan, IL 60085


Certified Services, Inc
1733 Washington St
201
Waukegan, IL 60085-5179


Chase Bank
800 BrookSedge Blvd.
Westerville, OH 43081


Chase NA
100 Duffy Ave
#4H2
Hicksville, NY 11801


Citibank
c/o NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Clinical Associates
c/o M3 Financial Services
PO Box 802089
Chicago, IL 60680


Collection Services
PO Box 27901
West Allis, WI 53227


Condell Medical Center
c/o Certified Services, Inc.
PO Box 177
Waukegan, IL 60079-0177

Consumer Safety Technology, Inc.
10520 Hickman Road Suite F
Des Moines, IA 50325


Credit Bureau Hutchingson
149 Thompson Ave.
Suite 212
Saint Paul, MN 55118-3263


Credit Management
17070 Dallas Parkway
Dallas, TX 75248-1950


Credit One Bank
PO Box 98873
Las Vegas, NV 89193


Creditors Discount & Avd
PO Box 213
Streator, IL 61364-0213


Dependon Collection
120 W 22nd St
Suite 360
Oak Brook, IL 60523-4070


Dependon Collection Service
7627 Lake St
210
River Forest, IL 60305-1878


Des Plaines Chiropractic Center
c/o ACC COLL
664 Milwaukee Ave.
Prospect Heights, IL 60070


Des Plaines Eye Physicians
& John W Winkler, MD
940 Lee Street
Des Plaines, IL 60016


Des Plaines Fire Dept
PO Box 438495
Chicago, IL 60643-8495

Des Plaines Radiologists
c/o ATG Credit, LLC
PO Box 14895
Chicago, IL 60614-4895


Des Plaines Radiologists
6910 S Madison Street
Willowbrook, IL 60527-5504


Directv
c/o Plaza Associates
PO Box 18008
Hauppauge, NY 11788-8808


Directv
PO Box 78626
Phoenix, AZ 85062


Dominique Martin
Assistant State's Attorney
500 Richard Daley Center
Chicago, IL 60602


Dominos Pizza
c/o Goggins & Lavintman, PA
3140 Neil Aermstrong Blvd, #319
Saint Paul, MN 55121


Dr Jon Gustafson
c/o Credit Bur Sys Inc
100 Fulton Ct
Paducah, KY 42001-9004


Dr. Fred Marche
c/o Computer Credit Service Co.
5340 N. Clark Street
Chicago, IL 60640-2120


Dr. Larry S. Milner Rd.
c/o Armor Systems Corp.
2322 N. Green Bay Rd.
Waukegan, IL 60087-4209

Dr. Nick Kalamotousakis
c/o Pellettieri & Assoc
991 Oak Creek Dr
Lombard, IL 60148


Dr. Richard Terp
1763 E Oakton
Des Plaines, IL 60018-2131


Drs. Matthew & Natarajan, Ltd
c/o Activity Collection Service
664 N Milwaukee Ave
Prospect Heights, IL 60070


Elmhurst Clinic
c/o MedCo Financial Assoc. Inc.
PO Box 525
Gurnee, IL 60031-0525


Family Practice Center
7447 W Talcott
Suite 182
Chicago, IL 60631


Fingerhut
c/o: RJM Acquisitions
575 Underhill Blvd. Ste 224
Brookhaven, NY 11719


First National Collection Bureau
610 Waaltham Way
Sparks, NV 89434


Gastroenterology & Liver Disease
7900 Nilwaukee Ave
Suite 19
Niles, IL 60714-3159


Genesis Financial Services
c/o Truelogic Financial
PO Box 4387
Englewood, CO 80155-4387


Golf Diagnostic Imaging Center
9680 Gold Rd.
Des Plaines, IL 60016

Golf Imaging Center LP
PO Box 2895
Carol Stream, IL 60132-0001


Golf Surgical Center
8901 Golf Rd.
Des Plaines, IL 60016


Golf Western Surgical Specialists
c/o The Bureaus Inc.
1717 Central Street
Evanston, IL 60201


Golf-Western Surgical Specialists
8901 Golf Road
Suite 305
Des Plaines, IL 60016


Great S
c/o Allied Interstate, Inc.
PO Box 361315
Columbus, OH 43236-1595


Healthcare Information Service
2454 E Dempster St
Suite 410
Des Plaines, IL 60016


Hoffman Emergency Physicians
c/o MedClear Inc.
507 Prudential Rd.
Horsham, PA 19044-2308


Holy Family
135 S. LaSalle Dept 2097
Chicago, IL 60674-2097


Holy Family Medical Center
c/o ICS
PO Box 646
Oak Lawn, IL 60454-0646


Holy Family Medical Center
Attn: Business Center
100 North River Road
Des Plaines, IL 60016-1278

Holy Family Medical Ctr Emergency P
PO Box 808
Grand Rapids, MI 49518-0808


HSBC Card Services
PO Box 98701
Las Vegas, NV 89195-0753


HSBC Card Services
PO Box 19268
Portland, OR 97280-0268


IBJI-Ctr Orthopaedic Surg
c/o Medical Business Bureau, LLC
1175 Devin Dr, #171
Norton Shores, MI 49441


IC Systems
PO Box 64378
Saint Paul, MN 55164


ICS Collection Service, Inc.
P.O. Box 1010
Tinley Park, IL 60477


IL Bone & Joint Institute
135 S. LaSalle, Dept. 1052
Chicago, IL 60674-1052


Il Coll Service
3101 W 95th St
Evergreen Park, IL 60805-2406


Illinois Collection Systems
P.O. Box 646
Oak Lawn, IL 60454-0646


Illinois Urogynecology
363 W Northwest Highway
Palatine, IL 60067


Illinois Urogynecology, Ltd
1875 Dempster
Suite 665
Park Ridge, IL 60068

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114


Jackson Park Hospital
7531 S. Stony Island
Chicago, IL 60649


Jerome Schachter & Associates
9933 N Lawler Ave, Ste 100
Skokie, IL 60077


Joanna Poniatowicz, MC
894 S. Wolf Road
Des Plaines, IL 60016-6158


John H. Stoger, Jr. Hospital
1110 S. Oakley
Annex Building
Chicago, IL 60612


KCA Financial Service
PO Box 53
Geneva, IL 60134


Kenneth W. Lee
1430 E Thacker St
Suite 2
Des Plaines, IL 60016-6460


Kirill Zhadovich MD SC
PO Box 2056
Northbrook, IL 60065-2056


Kirill Zhadovich MD SC
9410 Waukegan Road
Morton Grove, IL 60053-1352


LA Weight Loss
PO Box 705
Jenkintown, PA 19046

Law Office of Mitchell N Kay PC
PO Box 2374
Chicago, IL 60690-2374


Locke Chiropractic & As
1539 Lee St
Suite B7
Des Plaines, IL 60018-1518


Loyola University Physician Found
c/o Illinois Collection Service
3101 W. 95th St., Fl. 2
Evergreen Park, IL 60805-2406


Lutheran General Cardiology
c/o Harris & Harris, Ltd
600 W Jackson Blvd, Ste 400
Chicago, IL 60661


Lutheran General Hospital
22049 Network Place
Chicago, IL 60673


Lutheran General Hospital
PO Box 73208
Chicago, IL 60673


Lutheran General Hospital
Billing Department
PO Box 655
Vandalia, OH 45377-0655


Lutheran General Hospital
Billing Department
PO Box 711943
Cincinnati, OH 45271-0001


M3 Financial Services, Inc.
1127 S Mannheim Road
Westchester, IL 60154


Maine Center
c/o I.C. Systems Inc.
444 Highway 96 E.
Saint Paul, MN 55127-2557

Malcom S. Gerald & Assoc., Inc.
332 S. Michigan Ave
Suite 600
Chicago, IL 60604


Martin Merel
c/o David A. Weininger
222 N. LaSalle, Suite #700
Chicago, IL 60601


Martin Merel
8036 N Kenneth Ave
Skokie, IL 60076


Medansky & Handler Dermat
8780 W. Golf Road
#303
Niles, IL 60714


Medco Financial Associates, Inc.
PO Box 525
Gurnee, IL 60031


Medical Business Bureau, LLC
PO Box 1219
Park Ridge, IL 60068


Medical Business Bureau, LLC
1175 Devin Drive, Suite 171
Norton Shores, MI 49441


Medical Financial Service, Inc.
3018 Parkside Dr
Highland Park, IL 60035


Medical Recovery Specialists
2250 E Devon Ave, STE 352
Des Plaines, IL 60018


Merchant's Credit Guide Co.
223 W. Jackson Blvd., Suite 900
Chicago, IL 60606

Midwest Center for Womens HealthCar
4890 Paysphere Circle
Chicago, IL 60674


Midwest Diagnostic Pathology, SC
75 Remittance Dr. Ste 3070
Chicago, IL 60675


Morris Mauer MD SC
2010 N Harlem Ave
Elmwood Park, IL 60707-3119


Municipality-Des Plaines, IL
c/o A/R Concepts, Inc.
33 W. Higgins Road, #715
South Barrington, IL 60010


Murray Calloway Co Hospital
803 Poplar St
Murray, KY 42071


National Asset Recovery Services
2880 Dresden Dr, Ste 200
Atlanta, GA 30341-3920


Nationwide Credit & Coll
Bankruptcy Department
9919 Roosevelt Road
Westchester, IL 60154


Nationwide Credit, Inc.
2015 Vaughn Rd., Ste. 400
Kennesaw, GA 30144-7802


NCO FIN/22
PO Box 41448
Philadelphia, PA 19101


NCO FIN/22
PO Box 41466
Philadelphia, PA 19101


NCO Financial
PO Box 41466
Philadelphia, PA 19101

NCO Financial
PO Box 41448
Philadelphia, PA 19101


NCO Financial Services
507 Prudential Road
Horsham, PA 19044


NCO--Medclear
PO Box 8547
Philadelphia, PA 19101


Neurology Specialist of North
c/o Dependon Collection Service
7627 W. Lake Street, Suite 210
River Forest, IL 60305


North Shore Gastroenterlogy
c/o Certified Services
PO Box 24
Waukegan, IL 60079-0024


North Shore Gastroenterlogy
4711 Golf Road
Suite 500
Skokie, IL 60076-1208


North Suburban Gastroenterlogy
950 N. Northwest Highway
Park Ridge, IL 60068


Northland Group
PO Box 390846
Edina, MN 55439


Northwest Community Hospital
c/o Pellettieri & Associates
991 Oak Creek Drive
Lombard, IL 60148-6408


Northwest Radiology Associates, SC
c/o KCA Financial Services, Inc.
628 North Street
Geneva, IL 60134

Northwest Suburban Urologist
2976 Paysphere Circle
Chicago, IL 60674-0029


Northwestern Memorial Hospital
PO Box 73690
Chicago, IL 60673-7690


Ortho Surgery Specialis
PO Box 5020
Woodridge, IL 60517-0020


Orthopaedic Surgery Specialist
PO Box 5020
Woodridge, IL 60517


OSI Collection
1375 E. Woodfield Rd.
Schaumburg, IL 60173


Park Ridge Anesthesiology
PO Box 1123
Jackson, MI 49204-1123


Parkside Magnetic Reasonance Center
1875 Demptster St
Suite G06
Park Ridge, IL 60068-1115


Peoples United Bank
850 Main Street
Bridgeport, CT 06604


Peter J Kiefer MD Ltd
1792 E Oakton St
Des Plaines, IL 60018-2110


Peter Werner, MD
PO Box 616
Forest Park, IL 60130-0616


Physical Therapy Inst. of Illinois
PO Box 5020
Woodridge, IL 60517

Physician Management Solutions
363 W. Northwest Highway
Palatine, IL 60067


Portfolio Recovery Associate
PO Box 12914
Norfolk, VA 23541


Portfolio Recovery Associates
Attn: Dispute Department
140 Corporate Boulevard
Norfolk, VA 23502


Power Food
c/o Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108-0988


Prevention Magazine
c/o North Shore Agency, Inc.
751 Summa Ave
Westbury, NY 11590


Primary Care Medical
c/o Credit Bur Sys Inc
100 Fulton Ct
Paducah, KY 42001-9004


Pro Psych Associates, S.C.
2604 Dempster
Suite 307
Park Ridge, IL 60068


Professional Account MGM
2040 W Wisconsin A
Milwaukee, WI 53233


Propsych Associates
c/o Activity Collection Services
664 N. Milwaukee Ave.
Prospect Heights, IL 60070-2300


Providian
c/o Portfolio
120 Corporate Blvd., Suite 100
Norfolk, VA 23502

Providian
PO Box 9007
Pleasanton, CA 94566-9007


Quality Healthcare
525 West Golf Road
Arlington Heights, IL 60005


Quest Diagnostics
13008 Collection Center Dr
Chicago, IL 60693-0024


Ravenswood Emergency Phys
900 Oakmont Lane Suite 200
Westmont, IL 60559-5574


Raymond Daou MD PC
150 N River Rd #200
Des Plaines, IL 60016-1272


Resurrection Ambulatory Care Servic
PO Box 6670
River Forest, IL 60305


Resurrection Health Care
7447 West Talcott Ave
Suite 182
Chicago, IL 60631


Robert A Hozman, MD, SC
4709 W Golf Road
Suite 111
Skokie, IL 60076


Rodale
c/o Penn Credit Corporation
PO Box 988
Harrisburg, PA 17108-0988


RS Medansky MD
8780 Golf Road
Niles, IL 60714-5602

SBC
c/o Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036


SBC Ameritech
c/o CCA
700 Lonwater Drive
Norwell, MA 02061


SBC Illinois
c/o AAC
PO Box 2036
Warren, MI 48090


SBC Illinois
c/o ACC LLC
PO Box 2036
Warren, MI 48090


SBC Illinois
c/o Collection Bur of America
25954 Eden Landing, 1st Floor
Hayward, CA 94545-3899


Sears
c/o LVNFUNDG
PO Box 10584
Greenville, SC 29603


Sparklighome.com
c/o ListingCorp.com
1357 Broadway Suite 103
New York, NY 10018


Sprint
c/o Debt Recovery Solutions, LLC
900 Merchants Concourse, Ste. 106
Westbury, NY 11590-5114


St. Clare Hospital Health SE
c/o OSI Collection Services
1375 E. Woodfield Rd., Suite 110
Schaumburg, IL 60173-6068

Suburban Eye Consultants
c/o Medco Financial Assoc. Inc.
PO Box 525
Gurnee, IL 60031-0525


Superior Air Ground Ambulance
c/o Wexler & Wexler
500 W. Madison St.
Chicago, IL 60661-4571


TCF Bank
PO Box 391
Milwaukee, WI 53201-0391


TCF National Bank
c/o Millenium
149 E. Thompson Ave.
West Saint Paul, MN 55118


TCF National Bank
800 Burr Ridge Parkway
Burr Ridgee, IL 60521


The Ear Nose and Throat Center
1875 Dempster St., Suite 301
Park Ridge, IL 60068


The Friedell Clinic
c/o Nationwide Credit & Collection,
9919 Roosevelt Road
Westchester, IL 60154


The Law offices of M.H. Cohon
PO Box 636
Morton Grove, IL 60053


Thomas E. Jolas, P.C.
202 First St. N.W.
PO Box 4000
Mason City, IA 50401


Truelogic Financial Corporation
PO Box 4437
Englewood, CO 80155-4437

University Pathologist
c/o UCB Collections
5620 Southwyck Blvd.
Toledo, OH 43614-1501


UROPARTNERS LLC
3183 Paysphere Circle
Chicago, IL 60674


Uropartners, LLC
2976 Paysphere Circle
Chicago, IL 60674-0029


Verizon Wireless
c/o NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Walgreens
1858 Oakton Street
Des Plaines, IL 60018


West Ketucky Electric
1718 Broadway
Mayfield, KY 42066


West Lake Rural Telephone
2237 N 8th Street
Mayfield, KY 42066


Westlake Surgical
c/o The Bureaus
1717 Central St
Evanston, IL 60201-1507


Wisconsin Physicians Service
PO Box 4433
Marion, IL 62959


Wow Internet An
c/o Cred Mgmt.
4200 International Pkwy
Carrollton, TX 75007

B6G (Official Form 6G) (12/07)

.

In re   **Roger D. James, Jr.,**                                                 Case No. _____
        **Angelita James**

_____,
                                    Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Martin Meril**<br>**836 N. Kenneth**<br>**Skokie, IL** | **Yearly Lease**<br>**Expires: 2/11** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re      **Roger D. James, Jr.,**                                                          Case No. _____

      **Angelita James**

_____,

Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6I (Official Form 6I) (12/07)                                                                      5/18/10 2:21PM

In re    **Roger D. James, Jr.**                                    Case No. _____
         **Angelita James**
_____
                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **Security Guard** |
| Name of Employer | **Disabled** | **Glenbrook Security** |
| How long employed | | **3 Months** |
| Address of Employer | | **1400 Wolf Rd.**<br>**Wheeling, IL 60090** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 0.00 | $ | 1,987.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| | | | | |
| 3. SUBTOTAL | $ | 0.00 | $ | 1,987.00 |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 0.00 | $ | 248.00 |
|    b. Insurance | $ | 0.00 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 248.00 |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 1,739.00 |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>    dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance | | | | |
| (Specify):    **Social Security Disability** | $ | 919.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 919.00 | $ | 0.00 |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 919.00 | $ | 1,739.00 |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 2,658.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Roger D. James, Jr.**
**Angelita James**                                    Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $    1,075.00 |
| a. Are real estate taxes included?                    Yes ___          No   **X** | |
| b. Is property insurance included?                    Yes ___          No   **X** | |
| 2. Utilities:      a. Electricity and heating fuel | $    50.00 |
| b. Water and sewer | $    0.00 |
| c. Telephone | $    40.00 |
| d. Other   **See Detailed Expense Attachment** | $    215.00 |
| 3. Home maintenance (repairs and upkeep) | $    0.00 |
| 4. Food | $    400.00 |
| 5. Clothing | $    100.00 |
| 6. Laundry and dry cleaning | $    30.00 |
| 7. Medical and dental expenses | $    100.00 |
| 8. Transportation (not including car payments) | $    300.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $    100.00 |
| 10. Charitable contributions | $    0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| a. Homeowner's or renter's | $    0.00 |
| b. Life | $    0.00 |
| c. Health | $    0.00 |
| d. Auto | $    75.00 |
| e. Other | $    0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $    0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| a. Auto | $    0.00 |
| b. Other | $    0.00 |
| c. Other | $    0.00 |
| 14. Alimony, maintenance, and support paid to others | $    0.00 |
| 15. Payments for support of additional dependents not living at your home | $    0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $    0.00 |
| 17. Other   **Personal Grooming** | $    75.00 |
| Other   **Auto Maintenance** | $    98.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $    2,658.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a.   Average monthly income from Line 15 of Schedule I | $    2,658.00 |
| b.   Average monthly expenses from Line 18 above | $    2,658.00 |
| c.   Monthly net income (a. minus b.) | $    0.00 |

5/18/10 2:21PM

B6J (Official Form 6J) (12/07)

In re   **Roger D. James, Jr.**
      **Angelita James**                         Case No.
                                 Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cell Phone | $ | 100.00 |
| Cable T.V. | $ | 75.00 |
| Internet Access | $ | 40.00 |
| **Total Other Utility Expenditures** | $ | **215.00** |

5/18/10  2:21PM

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Roger D. James, Jr.**
**Angelita James**                                                    Case No.
_____    Chapter    **7**
                          Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **43**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 18, 2010**                          Signature    **/s/ Roger D. James, Jr.**
                                                        **Roger D. James, Jr.**
                                                        Debtor

Date  **May 18, 2010**                          Signature    **/s/ Angelita James**
                                                        **Angelita James**
                                                        Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Roger D. James, Jr.**
**Angelita James**
_____
Debtor(s)

Case No. _____

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2010 Husband** |
| **$6,769.00** | **2010 Wife** |
| **$0.00** | **2009 Husband** |
| **$0.00** | **2009 Wife** |
| **$0.00** | **2008 Husband** |
| **$0.00** | **2008 Wife** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,676.00** | **2010 Husband Social Security** |
| **$11,028.00** | **2009 Husband Social Security** |
| **$10,500.00** | **2008 Husband Social Security** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David M. Siegel & Associates 790 Chaddick Drive Wheeling, IL 60090** | **2/28/06 - 4/29/10** | **$1,625.00** |

**10. Other transfers**

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **TCF Bank 1420 Kensington, Suite 320 Oak Brook, IL 60521** | **Checking Account $-230.00** | **7/05** |
| **TCF Bank 1420 Kensington, Suite 320 Oak Brook, IL 60521** | **Checking Account $-250.00** | **7/05** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1370 Washington<br>Des Plaines, IL 60016 | Same | 8/02- 8/03 |
| 1004 S. River Road<br>Apt. 301<br>Des Plaines, IL 60016 | same | 4/10 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

Software Copyright (c) 1996-2010 Best Case Solutions, Inc. - Evanston, IL - www.bestcase.com

7

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **May 18, 2010**                              Signature   **/s/ Roger D. James, Jr.**

                                                             **Roger D. James, Jr.**

                                                             Debtor

Date   **May 18, 2010**                              Signature   **/s/ Angelita James**

                                                             **Angelita James**

                                                             Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roger D. James, Jr.**
**Angelita James**

                                                    Case No.

                                    Debtor(s)       Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |

Property will be (check one):

☐ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

☐ Claimed as Exempt          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Martin Meril** | **Describe Leased Property:**<br>**Yearly Lease**<br>**Expires: 2/11** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■  YES      ☐  NO |

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date  **May 18, 2010**                    Signature  **/s/ Roger D. James, Jr.**

                                               **Roger D. James, Jr.**
                                               Debtor

Date  **May 18, 2010**                    Signature  **/s/ Angelita James**

                                               **Angelita James**
                                               Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roger D. James, Jr.**
**Angelita James**
_____   Case No. _____
Debtor(s)   Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,625.00 |
| Prior to the filing of this statement I have received | $ | 1,625.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

   ■     Debtor          ☐     Other (specify):

3.   The source of compensation to be paid to me is:

   ■     Debtor          ☐     Other (specify):

4.   ■     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances (except in Chapter 13 cases), or any other adversary proceeding.**

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May 18, 2010**
_____

**/s/ David M. Siegel**
_____
**David M. Siegel**
**David M. Siegel & Associates**
**790 Chaddick Drive**
**Wheeling, IL 60090**
**(847) 520-8100**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Form B 201A, Notice to Consumer Debtor(s)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roger D. James, Jr.**
       **Angelita James**

                               Debtor(s)

Case No.

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Roger D. James, Jr.** | | |
|---|---|---|
| **Angelita James** | X  **/s/ Roger D. James, Jr.** | **May 18, 2010** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) | X  **/s/ Angelita James** | **May 18, 2010** |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code.  This information is intended to make you aware of...

(1)        the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)        the effect of receiving a discharge of debts
(3)        the effect of reaffirming a debt; and
(4)        your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation.  This information sheet contains only general principles of law and is not a substitute for legal advice.  If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules.  A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions.  Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs.  Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath.  Creditors cannot ask you to pay any debts which have been discharged.  You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years.  Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future.  Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own.  Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case.  Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law.  You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest.  If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later.  If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs.  Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code.  Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals.  Creditors vote on whether to accept or reject a plan, which also must be approved by the court.  While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers.  Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court.  Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income.  Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court.  The debtor must pay the chapter 13 trustee the amounts set forth in their plan.  Debtors receive a discharge after they complete their chapter 13 repayment plan.  Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ Roger D. James, Jr. | May 18, 2010 | /s/ Angelita James | May 18, 2010 |
|---|---|---|---|
| Debtor's Signature | Date | Joint Debtor's Signature | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Roger D. James, Jr.**
**Angelita James**

Case No.

Debtor(s)

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **213**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **May 18, 2010**

**/s/ Roger D. James, Jr.**
**Roger D. James, Jr.**
Signature of Debtor

Date:   **May 18, 2010**

**/s/ Angelita James**
**Angelita James**
Signature of Debtor